Law Offices
## KRAMON & GRAHAM, P.A.
One South Street
Suite 2600
Baltimore, Maryland 21202-3201
Telephone: (410) 752-6030
Facsimile: (410) 539-1269

www.kramonandgraham.com

KEVIN F. ARTHUR
Direct Dial
(410) 347-7432
Direct Facsimile
(410) 361-8202

E-Mail
karthur@kg-law.com

ADMITTED IN MD AND DC

June 10, 2011

**BY ECF**
The Honorable William M. Nickerson
United States District Judge
United States District Court for the
 District of Maryland
101 W. Lombard Street
Baltimore, Maryland 21201

   Re: George T. Moran, Inc. v. The Mike Egan Insurance Agency, Inc.
      Civil Action No. 1:10-cv-02101-WMN

Dear Judge Nickerson:

  My firm represents The Mike Egan Insurance Agency, Inc., the defendant in this civil action. I write in response to the Court's request for a status report.

  The case began as an adversary proceeding in the bankruptcy court. The bankruptcy case number is 10-18337; the adversary proceeding number is 10-00296.

  My client demanded a jury trial and, on June 14, 2010, moved to withdraw the order of reference.

  The plaintiff-debtor, through one of its several former attorneys, Mr. Weiss, opposed the motion. On July 26, 2010, however, the bankruptcy court granted Mr. Weiss's motion to strike his appearance. *See* Document 46 in Case No. 10-18337. In the meantime, the debtor had filed an application to employ the firm of Logan, Yumkas, Vidmar & Sweeney LLC. *See* Document 43 in Case No. 10-18337.

  Although the bankruptcy case began under Chapter 11, the bankruptcy court converted the case to a case under Chapter 7 on October 1, 2010. *See* Document 97 in Case No. 10-18337. The court then appointed George Liebmann as the Chapter 7 trustee, and on October 21, 2010, Mr. Liebmann applied to employ his firm and his partner, Orbie R. Shively, as his counsel. *See*

The Honorable William M. Nickerson
June 10, 2011
Page 2

Document 108 in Case No. 10-18337; Document 128 in Case No. 10-18337. The bankruptcy court approved that application on January 7, 2011. *See* Document 131 in Case No. 10-18337.

On October 29, 2010, Mr. Liebmann moved, in the adversary proceeding in bankruptcy court, for an order that my client had no right to a jury trial. *See* Document 23 in Adversary Proceeding 10-00296. My client responded, in the adversary proceeding, on November 19, 2010. *See* Document 25 in Adversary Proceeding 10-00296. The parties neglected to file those papers in this Court.

At present, the parties await a ruling on my client's motion to withdraw the order of reference and on Mr. Liebmann's motion for order that my client has no right to a jury trial.

I thank the Court for its attention to these matters.

Respectfully,

/s/ Kevin F. Arthur

Kevin F. Arthur

KFA:css
cc: The Mike Egan Insurance Agency, Inc.
George Liebmann, Esquire (by e-mail)
Orbie R. Shively, Esquire (by e-mail)
Brett Weiss, Esquire (by ECF)
James R. Schraf, Esquire (by ECF)